IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDREW SASSER                                                            PETITIONER

    V.                         Civil No. 00-4036

LARRY NORRIS, Director of
Arkansas Department of Corrections                                       RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this Petition for Writ of Habeas Corpus should be and it hereby is dismissed; the relief sought is denied.

IT IS SO ORDERED this 9th day of January 2007.

                                            /S/ Harry F. Barnes
                                            Harry F. Barnes
                                            United States District Judge