IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDREW SASSER                                                          PETITIONER

V.                                    Case No. 4:00-cv-04036

WENDY KELLEY, Director,
Arkansas Department of Corrections                                     RESPONDENT

## ORDER

Respondent is hereby ORDERED to produce to petitioner's counsel the institutional file of Andrew Sasser, SK # 929 dated or otherwise generated prior to entry of Mr. Sasser's judgment and commitment order on May 4, 1994, including, but not limited to visitation logs, behavioral reports, inmate grievances, classification documents, and medical and mental health records.  This includes all electronically maintained information, including EOMIS records.

The Arkansas Board of Parole is hereby ORDERED to produce to petitioner's counsel any and all records in its possession, of any nature, concerning Andrew Sasser, dated or otherwise generated prior to entry of Mr. Sasser's judgment and commitment order on May 4, 1994.

These records must be produced to petitioner's counsel in their entirety within thirty days of the date of this order.

The Clerk is directed to send this order, via certified mail, to the attention of John Felts, Arkansas Parole Board, 105 W. Capitol Ave., Suite 500, Little Rock, AR 72201.

IT IS SO ORDERED this 3rd day of March, 2015.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE