IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDREW SASSER                                                        PETITIONER

V.                                CIVIL NO. 00-4036

WENDY KELLEY, Director
Arkansas Department of Corrections                          RESPONDENT

## ORDER

Currently before the Court is Petitioner's motion for approval of issuance of subpoenas (Doc. 223). In the motion, the Petitioner has requested approval of the issuance of subpoenas for twenty-two witnesses for the upcoming hearing in this matter, re-scheduled for February 9, 2016, in Fort Smith, Arkansas. However, without contact information for the witnesses, the Court cannot approve the issuance of the subpoenas. The Petitioner is, therefore, instructed to file an amended motion, including contact information for the witnesses, as well as a short description of the testimony expected to be offered by the witness—substantially in the form previously used by Petitioner's counsel in Document 149. This document should be filed as soon as possible.

IT IS SO ORDERED this 26th day of January, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE