IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDREW SASSER                                                                PETITIONER

        v.                        Civil No. 4:00-cv-04036

DEXTER PAYNE, Director,
Arkansas Division of Correction[1]                                          RESPONDENT

## **ORDER**

On September 9, 2021, the United States Court of Appeals for the Eighth Circuit issued a mandate (ECF No. 303) in this case reversing the grant of relief with respect to Petitioner Andrew Sasser's ineffective assistance of counsel claims, and affirming the denial of relief with respect to Sasser's claims under *Atkins v. Virginia,* 536 U.S. 304 (2002).   The Eighth Circuit's mandate further remanded the matter to this Court with directions to dismiss the Petition.   *Id.*   Sasser then filed a petition for writ of certiorari with the United States Supreme Court.   On May 23, 2022, the Supreme Court denied the petition for writ of certiorari.

Based on the mandate of the United States Court of Appeals for the Eighth Circuit, the petition for writ of habeas corpus (ECF No. 48) in this matter should be, and hereby is, dismissed.

IT IS SO ORDERED this 6th day of July 2022.

/s/ P. K. Holmes III
P. K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] Formerly the Arkansas Department of Correction.