**THIS IS A CAPITAL CASE**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKNSAS**
**TEXARKANA DIVISION**

**ANDREW SASSER** **PETITIONER**

**v.** **Case No. 4:00-cv-04036-PKH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction** **RESPONDENT**

**<u>MOTION TO ALTER OR AMEND JUDGMENT</u>**

Petitioner Andrew Sasser respectfully moves under Federal Rule of Civil Procedure 59(e) to alter or amend the Court's Order entered September 24, 2026, ECF No. 327, which denied his Motion for Relief from Judgment, ECF No. 314. Because the Order is appealable, it is a "judgment" subject to Rule 59(e). *See* Fed. R. Civ. P. 54(a). The grounds for this motion are set out in the accompanying brief in support, filed contemporaneously.

Dated: October 22, 2026

Respectfully Submitted,

LISA PETERS
FEDERAL PUBLIC DEFENDER

<u>/s/Alex Satanovsky</u>
Alex Satanovsky, Ark. Bar No. 2025293
Eliza Meredith, N.C. Bar. No. 58788
Assistant Federal Public Defenders
1401 W. Capitol, Ste. 490
Little Rock, AR 72201
Alex_Satanovsky@fd.org
Eliza_Meredith@fd.org
(501) 324-6114

*Counsel for Andrew Sasser*